CLERKS OFFICE US DISTRICT COURT
AT ABINGDON, VA
FILED
12/16/2025
LAURA A. AUSTIN, CLERK
BY: /s/ Kendra Campbell
     DEPUTY CLERK

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF VIRGINIA**
**ABINGDON DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | Case No.    1:25cr55 |
| | : | |
| v. | : | Violation: 21 U.S.C. §§ 841, 846 |
| | : | |
| PAMELA MICHELLE FANSLER | : | |

## INFORMATION

The United States Attorney charges that:

### COUNT ONE

1. On or about and between July 2025 and August 2025, in the Western District of Virginia and elsewhere, PAMELA MICHELLE FANSLER and others knowingly and intentionally conspired to distribute and possess with the intent to distribute 50 grams or more of a mixture or substance containing a detectable amount of methamphetamine, its salts, isomers, and salts of its isomers, a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841.

2. All in violation of Title 21, United States Code, Sections 846 and 841(b)(1)(B).

### COUNT TWO

1. On or about August 26, 2025, in the Western District of Virginia, PAMELA MICHELLE FANSLER knowingly and intentionally possessed with the intent to distribute a mixture or substance containing a detectable amount of methamphetamine, its salts, isomers, and salts of its isomers, a Schedule II controlled substance, and a mixture or

USAO No. 2025R00417

substance containing a detectable amount of fentanyl, a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841.

2. All in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).

DATE: December 16, 2025

_____
ROBERT N. TRACCI
Acting United States Attorney

2

USAO No. 2025R00417